SPRAGUE et al., Respondents, v. LOCKHARDT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Joshua M. Sprague

and another against Frank T. W. Lockhardt and another. No opinion. Motion denied, without costs.